CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:04CR00025-004 |
| | (Case No. 5:09CV80130) |
| v. | |
| | **FINAL ORDER** |
| MARIO ALBERTO GARCIA HOLGUIN, | |
| | By: Glen E. Conrad |
| Defendant. | United States District Judge |

For the reasons set forth in the opinion accompanying this final order, it is **ORDERED** that the defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED** and is **STRICKEN** from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 19th day of March, 2009.

United States District Judge